IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LADINA FAISON, | Civil Action |
| Plaintiff, | No. 16-7356 (JBS-AMD) |
| v. | **MEMORANDUM OPINION** |
| CAMDEN COUNTY JAIL, | |
| Defendant. | |

**SIMANDLE, Chief District Judge**

Plaintiff LaDina Faison seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-1.

Plaintiff did not submit a complete application as several pages are blank. Plaintiff must complete the application before the Court can consider it. The Court will therefore deny the application to proceed *in forma pauperis* without prejudice. Plaintiff must either submit a completed IFP application or the $350 filing fee and $50 administrative fee before the complaint will be filed.

An appropriate order follows.


**December 27, 2016**                    **s/ Jerome B. Simandle**
Date                                     JEROME B. SIMANDLE
                                         Chief U.S. District Judge